# IN THE UNITED STATES COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | |
|---|---|
| APRIL TAYLOR, on behalf of herself and all other affected persons, ) ) ) | |
| Plaintiff, ) | |
| v. ) | Case No. 3:22-cv-0336 |
| ) | |
| BARRETT FIREARMS ) | Judge William L. Campbell, Jr. |
| MANUFACTURING, INC. ) | Magistrate Barbara D. Holmes |
| Defendant. ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

COME NOW the Parties hereto, by and through their undersigned counsel, and inform the Court that this case has been voluntarily compromised and settled with respect to Plaintiff's claims and have agreed that this case be dismissed with prejudice with respect to all of Plaintiff's claims, and without prejudice as to the putative potential alleged claims relating directly to potential putative class members as set forth in the Complaint.

It is therefore ordered that this case be, and the same hereby is, **DISMISSED** with prejudice as to Plaintiff's claims and without prejudice as to the potential alleged putative class claims relating to potential putative class members as set forth in the Complaint, with each party to be responsible for its own costs and fees.

It is so **ORDERED.**

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED FOR ENTRY:


*/s/Charles P. Yezbak III*
Charles P. Yezbak III
Melody Fowler-Green
N. Chase Teeples
Yezbak Law Offices, PLLC
2021 Richard Jones Road, Suite 310A
Nashville, TN 37215
yezbak@yezbaklaw.com
mel@yezbaklaw.com
teeples@yezbaklaw.com

*Attorneys for Plaintiff*


*/s/R. Eddie Wayland*
R. Eddie Wayland (No. 6045)
Mark E. Hunt (No. 10501)
Hunter K. Yoches (No. 36267)
King & Ballow
315 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456 Telephone
(888) 688-0482 Facsimile
rew@kingballow.com
mhunt@kingballow.com
hyoches@kingballow.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that, on September 22, 2022, a copy of the attached Agreed Order of Dismissal with Prejudice was served electronically and via the Court's electronic filing system on:

Charles P. Yezbak III
Melody Fowler-Green
N. Chase Teeples
Yezbak Law Offices, PLLC
2021 Richard Jones Road, Suite 310A
Nashville, TN 37215
yezbak@yezbaklaw.com
mel@yezbaklaw.com
teeples@yezbaklaw.com

                                                */s/Hunter K. Yoches*
                                                Hunter K. Yoches